470 A.2d 1042

Commonwealth v. Morris, Appellant.

Petition for Allowance of Appeal
Denied July 20, 1984.

Submitted October 3, 1983.   George Henry Newman, for appellant (at No. 305);  Jeffrey M. Voluck, for appellant (at No. 366); Leslie Anne Sudock, Assistant District Attorney and Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgments of sentence affirmed.

SPAETH, President Judge, concurred in the result.